# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER aka GARY FRANCIS FISHER, <br><br> Petitioner, <br><br> v. <br><br> DIRECTOR OF OPERATIONS OF CDCR, <br><br> Respondent. | Case No. 1:17-cv-01067-SAB-HC <br><br> ORDER DENYING MOTION TO BE HEARD <br><br> (ECF No. 2) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the instant motion to be heard, Petitioner requests copies of his pending petition, applications to proceed in forma pauperis, and a printout of all of Petitioner's cases in the Eastern District dating back to 2012 so that he "can order some of [his] old cases back." (ECF No. 2 at 1–2).[1]

Petitioner has been granted in forma pauperis status in the instant proceeding. (ECF No. 4). However, the fact that the Court has granted leave for Petitioner to proceed in forma pauperis does not entitle him to free copies of documents from the Court. The Clerk of Court is not required to furnish copies without costs to an indigent petitioner except by order of the judge. 28 U.S.C. § 2250. Petitioner is advised that it is his responsibility to retain any and all copies of

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

documents filed and received pertaining to this case. The Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $0.50 per page for copies of documents. Copies may be made by the Clerk's Office at this Court upon written request and prepayment of the copies fee.

Petitioner does not explain the reason why he needs copies of the documents he requests. Accordingly, the Court DENIES the motion (ECF No. 2) without prejudice to filing a new request setting forth which specific documents Petitioner requires and why.

IT IS SO ORDERED.

Dated: **August 17, 2017**

UNITED STATES MAGISTRATE JUDGE